IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CISCO SYSTEMS CAPITAL CORPORATION,

    Plaintiff/Counter-Defendant

        v.

GLOBAL HOTEL MANAGEMENT, INC. and
LUIS A. CARRERAS-PÉREZ,

 Defendants/Third-Party Plaintiffs
     and Counter-Claimants

        v.

CISCO SYSTEMS, INC. and VOICELAN
GROUP CORPORATION,

    Third-Party Defendants

CIVIL NO. 10-1021 (JP)

## **PARTIAL JUDGMENT**

    For the reasons stated in its Opinion and Order entered this same date, the Court hereby **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** Defendants' counterclaim against Plaintiff. This Judgment is entered without the imposition of attorneys' fees or costs.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 19th day of July, 2010.


                          s/Jaime Pieras, Jr.
                            JAIME PIERAS, JR.
                    U.S. SENIOR DISTRICT JUDGE